830

SCHWARTZ (ANDERSON et al., Interveners) v. OLYMPIC, Inc., et al.

No. 9578.

United States Court of Appeals
Third Circuit.

Argued March 16, 1948.

Decided June 2, 1949.

Meyer Abrams, of Chicago, Ill., for appellants.

John Van Brunt, Jr., of Wilmington, Del., for appellees.

Before BIGGS, Chief Judge, and O'CONNELL and KALODNER, Circuit Judges.

PER CURIAM.

In this case the United States District Court for the District of Delaware was authorized to report to this court as to whether or not a compromise and settlement proposed by the parties to the litigation should be effected. The report of the United States District Court for the District of Delaware has now been filed with our Clerk and it appears that the approval of the court below of the compromise and settlement became final on May 17, 1949, and that the parties have been ordered by that court to carry it out. Accordingly, the appeal will be dismissed as moot. The opinion of the court filed herein on June 23, 1948 will be withdrawn.

UNITED STATES of America ex rel. Samuel MARGOLIN, Petitioner-Appellant, v. Allen L. SHANK, Warden, Federal Correctional Institution, Danbury, Connecticut, Respondent-Appellee.

No. 188, Docket No. 21260.

United States Court of Appeals
Second Circuit.

March 3, 1949.

Edward Halle, New York City, and Earl J. Wofsey, Stamford, Com., for Samuel Margolin, petitioner-appellant.

John F. X. McGohey, United States Attorney, New York City (Clarke S. Ryan, Assistant United States Attorney, New York City, of counsel), for Allen L. Shank, Warden, respondent-appellee.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinions of Hincks, J., 83 F.Supp. 247; 83 F.Supp. 250.